Michaelene WALLACE, Appellant,

v.

ALLIANCE NATIONAL
BANK, Appellee.

No. 05–3363.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 20, 2006.

Filed: Dec. 28, 2006.

Michaelene Wallace, Hot Springs, AR,
pro se.

Spencer Fox Robinson, Ramsay &
Bridgforth, Pine Bluff, AR, for Appellee.

Before SMITH, MAGILL, and
BENTON, Circuit Judges.

PER CURIAM.

Michaelene Wallace appeals the district court's[1] adverse grant of summary judgment on her claims against her former employer alleging unlawful discrimination based on her age and the race of her son, in violation of the Age Discrimination in Employment Act and Title VII. Having carefully reviewed the record, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review), we

[1]. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.